177 A.3d 108

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LATIA R. HARRIS, DEFENDANT–PETITIONER.

C–412 September Term 2017
079656

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001528–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 108

CMR CONSTRUCTION CORP., PLAINTIFF–RESPONDENT, v.
ROBERTA GREENING, DEFENDANT–PETITIONER.

C–398 September Term 2017
080008

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004442–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.